AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 13-15108

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United Wellness Centers, Inc.
was received by me on *(date)* 12/26/2013 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kinman Pevit , who is designated by law to accept service of process on behalf of *(name of organization)* 19285 West 12 Mile Road, Southfield, Michigan 48076 on *(date)* 12/30/2013 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/08/2014

*Server's signature*

Lance Davis, Jr./Process Server
*Printed name and title*

53 Noth Squirrel Road #3
Auburn Hills, Michigan 48326
*Server's address*

James William Logedon
Notary Public of Michigan
Oakland County
My Commission Expires 12/25/2017
Acting In The County of Oakland

Additional information regarding attempted service, etc: