AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 13-15108
Hon. Victoria A. Roberts

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:     Yisroel Sigler

Date of Service:     _____1/15/14_____ _____

## Method of Service

_☒_  Personally served at this address:
     _____25888_____ _Pembrooke, Huntington Woods, mi_
     _____
     _____

_____  Left copies at the usual place of abode with (name of person):
     _____
     _____
     _____

_____  Other (specify):
     _____
     _____
     _____

_____  Returned unexecuted (reason):
     _____
     _____
     _____

## Service Fees:     Travel $_____  Service $_____  Total $_____

JACQUELYN NECKER
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires Oct 28, 2017
Acting in the County of _Oakland_

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:     _James Logsdon_

Signature of Server:     _____

Date:     _1/16/14_

Server's Address:     _351 Squirrel Rd #3_
                     _Auburn Hills, m:  48326_