AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  13-15108

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Proffesional Health Systems, LLC

was received by me on *(date)*        12/26/2013      .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Jennifer Clay                           , who is

designated by law to accept service of process on behalf of *(name of organization)*   2000 Town Center, Southfield,

Michigan 48075                                   on *(date)*     12/30/2013     ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     01/08/2014

_____
Server's signature

**James William Logsdon**
**Notary Public of Michigan**
**Oakland County**
**My Commission Expires 12/25/2017**
**Acting In The County of** Oakland

Lance Davis, Jr./Process Server
*Printed name and title*

53 Noth Squirrel Road #3
Auburn Hills, Michigan 48326

_____
Server's address

Additional information regarding attempted service, etc: