AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   13-15108

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Evan P. Shaw

was received by me on *(date)*    12/26/2013    .

☑ I personally served the summons on the individual at *(place)*   3225 Legacy Court, West Bloomfield, MI 48322

on *(date)*    12/28/2013   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                        , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                      , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                   ; or

☐ I returned the summons unexecuted because                                     ; or

☐ Other *(specify):*


My fees are $              for travel and $              for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    01/08/2014

*Server's signature*

Lance Davis, Jr./Process Server
*Printed name and title*

53 Noth Squirrel Road #3
Auburn Hills, Michigan 48326

*Server's address*

**James William Logsdon**
**Notary Public of Michigan**
**Oakland County**
**My Commission Expires 12/25/2017**
**Acting In The County of** Oakland

Additional information regarding attempted service, etc: