UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Allstate Insurance Company, et al.,

                              Plaintiff(s),

v.                                                    Case No. 2:13–cv–15108–VAR–MKM

                                                      Hon. Victoria A. Roberts

Universal Health Group, Inc., et al.,

                              Defendant(s).

_____


### CLERK'S ENTRY OF DEFAULT

Party in Default:  United Wellness Centers, Inc.

   The default of the party named above for failure to plead or otherwise defend is entered.


### Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                              DAVID J. WEAVER, CLERK OF COURT


                              By: s/ T McGovern_____
                              Deputy Clerk

Dated:   January 27, 2014