UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Allstate Insurance Company, et al.,

                Plaintiff(s),

v.                                    Case No. 2:13−cv−15108−VAR−MKM
                                    Hon. Victoria A. Roberts

Universal Health Group, Inc., et al.,

                Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default: Professional Health Systems, LLC

The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                      DAVID J. WEAVER, CLERK OF COURT

                                      By: s/ T McGovern
                                      Deputy Clerk

Dated: January 27, 2014