UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY; ALLSTATE
INDEMNITY COMPANY; and ALLSTATE PROPERTY
& CASUALTY INSURANCE COMPANY,

        Plaintiff,        Civil Action No. 2:13-cv-15108-VAR-MKM
v.                               Hon. Victoria A. Roberts

UNIVERSAL HEALTH GROUP, INC. d/b/a
SAGINAW SPINE AND PAIN, MICHIGAN
SPINE AND REHAB, ASSOCIATED MEDICAL,
INC., ASSOCIATED CHIROPRACTIC &
MEDICAL CENTER, and REHAB, INC.;
PROFESSIONAL HEALTH SYSTEMS, LLC;
HEALTH SYSTEMS, INC.; UNITED
WELLNESS CENTERS, INC.; UNITED
WELLNESS CENTER OF DETROIT, PLLC;
UNITED WELLNESS CENTER OF FLINT,
PLLC; UNITED WELLNESS CENTER OF        **APPEARANCE**
LANSING, PLLC; CLEAR IMAGING LLC;
HORIZON IMAGING LLC; ASSOCIATED
SURGICAL CENTER, P.C.; AMERICAN
SURGICAL CENTERS I, INC.; AMERICAN
SURGICAL CENTERS II, LLC; WCIS MEDIA, LLC;
UHG MANAGEMENT, LLC; UNITED WELLNESS
CENTERS MANAGEMENT, LLC; GREATER
MICHIGAN PROFESSIONAL SERVICES LLC
d/b/a MI PRO CONSULTANTS; SCOTT P. ZACK,
D.C.; DAVID M. KATZ, D.C.; CORY J. MANN;
YISROEL SIGLER; EVAN P. SHAW; RON WALTZ;
MAZIN K. YALDO, M.D.; SILVO J. COZZETTO,
D.C.; VICENT L. CELENTANO; JOSEPH F.
DESANTO; NICOLE F. MARTINEZ; ANTHONY F.
SERENO; LOREN C. CHUDLER, D.O.; JEFF S. PIERCE,
D.O.; CHINTAN DESAI, M.D.; and MICHAEL PALEY, M.D.,

        Defendants,
_____/

| | |
|---|---|
| Jacquelyn A. McEttrick | Michael J. Lavoie (P32584) |
| Smith & Brink, P.C. | Debra A. Geroux (P50955) |
| 350 Granite Street, Suite 2303 | Ziyad I. Hermiz (P72236) |
| Braintree, MA  02184 | BUTZEL LONG, a professional corporation |
| (617) 657-0114 | 150 w. Jefferson Suite 100 |
| jmcettrick@smithbrink.com | Detroit, Michigan  48226 |
| Attorney for Plaintiffs | (313) 225-7000 |
| | lavoie@butzel.com |
| | geroux@butzel.com |
| | hermiz@butzel.com |
| | Attorneys for Defendants Clear Imaging LLC and Chintan Desai, M.D. |

_____/

## APPEARANCE

PLEASE TAKE NOTICE that Michael J. Lavoie of Butzel Long, a professional corporation, hereby enters an appearance on behalf of Defendants Clear Imaging LLC and Chintan Desai, M.D. in the above-captioned matter.

        Respectfully submitted,

        **BUTZEL LONG, a professional corporation**

        By: /s/ Michael J. Lavoie
           Michael J. Lavoie (P32584)
        150 W. Jefferson, Suite 100
        Detroit, Michigan  48226
        (313) 225-7000
        lavoie@butzel.com
        Attorneys for Defendants Clear Imaging LLC and Chintan Desai, M.D.

Dated:  January 31, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2014, I electronically filed the above document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

        Respectfully submitted,

        **BUTZEL LONG, a professional corporation**

        By: /s/ Michael J. Lavoie
            Michael J. Lavoie (P32584)
        150 W. Jefferson, Suite 100
        Detroit, Michigan  48226
        (313) 225-7000
        lavoie@butzel.com
        Attorneys for Defendants Clear Imaging LLC and Chintan Desai, M.D.