UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE
COMPANY; ALLSTATE
INDEMNITY COMPANY; and
ALLSTATE PROPERTY &
CASUALTY INSURANCE
COMPANY,

   Plaintiffs,

vs.

UNIVERSAL HEALTH GROUP,
INC. d/b/a SAGINAW SPINE AND
PAIN, MICHIGAN SPINE AND
REHAB, ASSOCIATED MEDICAL,
INC., ASSOCIATED CHIROPRACTIC &
MEDICAL CENTER, AND REHAB, INC.;
PROFESSIONAL HEALTH SYSTEMS,
LLC; HEALTH SYSTEMS, INC.;
UNITED WELLNESS CENTERS, INC.;
UNITED WELLNESS CENTER OF
DETROIT, PLLC; UNITED WELLNESS
CENTER OF FLINT, PLLC;
UNITED WELLNESS CENTER OF
LANSING, PLLC; CLEAR IMAGING LLC;
HORIZON IMAGING LLC; ASSOCIATED
SURGICAL CENTER, P.C.; AMERICAN
SURGICAL CENTERS I, INC.;
AMERICAN SURGICAL CENTERS II,
LLC; WCIS MEDIA, LLC; UHG
MANAGEMENT, LLC; UNITED
WELLNESS CENTERS MANAGEMENT,
LLC; GREATER MICHIGAN
PROFESSIONAL SERVICES LLC d/b/a
MI PRO CONSULTANTS; SCOTT P.
ZACK, D.C.; DAVID M. KATZ, D.C.;

Case No. 2:13-CV-15108-VAR-MKM

Hon. Victoria A. Roberts
Magistrate Judge Mona K. Majzoub

1

CORY J. MANN; YISROEL SIGLER;
EVAN P. SHAW; RON WALTZ;
MAZIN K. YALDO, M.D.; SILVIO J.
COZZETTO, D.C.; VINCENT L.
CELENTANO; JOSEPH F. DESANTO;
NICOLE F. MARTINEZ; ANTHONY F.
SERENO; LOREN C. CHUDLER, D.O.;
JEFF S. PIERCE, D.O.; CHINTAN DESAI,
M.D.; and MICHAEL PALEY, M.D.,

Defendants.

| | |
|---|---|
| RICHARD D. KING, JR. <br> NATHAN A. TILDEN (P76969) <br> JACQUELYN A. McETTRICK <br> **SMITH & BRINK, P.C.** <br> *Attorneys for Plaintiffs Allstate Insurance Company; Allstate Indemnity Company; and Allstate Property & Casualty Insurance Company* <br> 350 Granite St., Ste. 2303 <br> Braintree, MA  02184 <br> (617) 770-2214 <br> rking@smithbrink.com <br> ntilden@smithbrink.com <br> jmcettrick@smithbrink.com | PETER L. ARVANT (P35981) <br> **STARK REAGAN, P.C.** <br> *Attorneys for Defendant Horizon Imaging, LLC, Only* <br> 1111 W. Long Lake Rd., Ste. 202 <br> Troy, MI  48098 <br> (248) 641-9955 <br> Fax (248) 641-9921 <br> parvant@starkreagan.com |

## APPEARANCE

TO:   CLERK OF THE COURT

**PLEASE ENTER** the appearance of Peter L. Arvant of the law firm of STARK REAGAN, P.C. as counsel for HORIZON IMAGING, LLC, only, in the above-captioned matter.

2

**STARK REAGAN**

/s/ Peter L. Arvant
PETER L. ARVANT (P52809)
Attorney for Defendants Horizon
Imaging LLC, Only
1111 W. Long Lake Rd., Ste. 202
Troy, MI 48098
(248) 641-9955

Date: January 31, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2014, I electronically filed this *Appearance* with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jessica Foster
JESSICA FOSTER

6673-1LIT