UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>UNIVERSAL HEALTH GROUP, INC. d/b/a SAGINAW SPINE AND PAIN, MICHIGAN SPINE AND REHAB, ASSOCIATED MEDICAL, INC., ASSOCIATED CHIROPRACTIC & MEDICAL CENTER, and REHAB, INC., et al.,<br><br>                Defendants. | C.A. No. 2:13-cv-15108-VAR-MKM |

## STIPULATION TO SET ASIDE ENTRY OF DEFAULT

It is hereby stipulated and agreed by and between plaintiffs Allstate Insurance Company and its affiliates and defendant United Wellness Centers, Inc., by and through their undersigned counsel, that the Clerk's Entry of Default against United Wellness Centers, Inc. (*Docket No. 38*) be set aside. The parties further stipulate that United Wellness Centers, Inc.'s response to the Complaint shall be due on or before March 24, 2014.

[SIGNATURE PAGE FOLLOWS]

STIPULATED AND AGREED TO THIS 29th DAY OF JANUARY, 2014.

| | |
|---|---|
| Respectfully Submitted, *Allstate Insurance Company, Allstate Indemnity Company, and Allstate Property & Casualty Insurance Company,* By their Attorneys, */s/ Jacquelyn A. McEttrick* _____ Richard D. King, Jr. Nathan A. Tilden Jacquelyn A. McEttrick SMITH & BRINK, P.C. 350 Granite St. Suite 2303 Braintree, MA 02184 (617) 770-2214 | *United Wellness Centers, Inc.,* By its Attorney, */s/ Gary R. Blumberg* _____ Gary R. Blumberg GARY R. BLUMBERG, P.C. 15011 Michigan Avenue Dearborn, MI 48126 (313) 230-1121 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY, et al.,

            Plaintiffs,

v.

UNIVERSAL HEALTH GROUP, INC. d/b/a SAGINAW SPINE AND PAIN, MICHIGAN SPINE AND REHAB, ASSOCIATED MEDICAL, INC., ASSOCIATED CHIROPRACTIC & MEDICAL CENTER, and REHAB, INC., et al.,

            Defendants.

C.A. No. 2:13-cv-15108-VAR-MKM

## ORDER ALLOWING STIPULATION TO SET ASIDE ENTRY OF DEFAULT

This matter having come before the Court upon Stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the Clerk's Entry of Default against defendant United Wellness Centers, Inc. (*Docket No. 38*) is hereby vacated and that United Wellness Centers, Inc. shall file a response to the Complaint on or before March 24, 2014.

Date: January 31, 2014                        S/Victoria A. Roberts
                                                  Victoria A. Roberts
                                                  United States District Court Judge