**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ALLSTATE INSURANCE COMPANY;
ALLSTATE INDEMNITY COMPANY;
and ALLSTATE PROPERTY &
CASUALTY INSURANCE COMPANY,

        Plaintiff,

v

UNIVERSAL HEALTH GROUP, INC. d/b/a SAGINAW SPINE AND PAIN, MICHIGAN SPINE AND REHAB, ASSOCIATED MEDICAL, INC., ASSOCIATED CHIROPRACTIC & MEDICAL CENTER, and REHAB, INC.; PROFESSIONAL HEALTH SYSTEMS, LLC; HEALTH SYSTEMS, INC.; UNITED WELLNESS CENTERS, INC.; UNITED WELLNESS CENTER OF DETROIT, PLLC; UNITED WELLNESS CENTER OF FLINT, PLLC; UNITED WELLNESS CENTER OF LANSING, PLLC; CLEAR IMAGING LLC; HORIZON IMAGING LLC; ASSOCIATED SURGICAL CENTER, P.C.; AMERICAN SURGICAL CENTERS I, INC.; AMERICAN SURGICAL CENTERS II, LLC; WCIS MEDIA, LLC; UHG MANAGEMENT, LLC; UNITED WELLNESS CENTERS MANAGEMENT, LLC; GREATER MICHIGAN PROFESSIONAL SERVICES LLC d/b/a MI PRO CONSULTANTS; SCOTT P. ZACK, D.C.; DAVID M. KATZ, D.C.; CORY J. MANN; YISROEL SIGLER; EVAN P. SHAW; RON WALTZ; MAZIN K. YALDO, M.D.; SILVIO J.

Case No.: 13-cv-15108

Hon. Virginia Roberts

COZZETTO, D.C.; VINCENT L. CELENTANO; JOSEPH F. DESANTO; NICOLE F. MARTINEZ; ANTHONY F. SERENO; LOREN C. CHUDLER, D.O.; JEFF S. PIERCE, D.O.; CHINTAN DESAI, M.D.; and MICHAEL PALEY, M.D.,

        Defendants

## NOTICE OF APPEARANCE OF MAX R. HOFFMAN, JR.

TO:    CLERK OF THE COURT
         COUNSEL OF RECORD

    Please take notice that Max R. Hoffman, Jr. of Fraser, Trebilcock, Davis & Dunlap, P.C., hereby enters his Appearance for Defendants Scott P. Zack, D.C., David M. Katz, D.C., and Cory J. Mann in connection with the above-referenced matter.

                        **FRASER TREBILCOCK**

Dated: February 13, 2014        By: /s/ Max R. Hoffman, Jr.
                                     Max R. Hoffman, Jr. (P23199)
                                     Attorneys for Defendants Scott P. Zack, D.C.,
                                     David M. Katz, D.C. and Cory J. Mann
                                     124 W. Allegan, Suite 1000
                                     Lansing, Michigan 48933
                                     517-482-5800
                                     mhoffman@fraserlawfirm.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 13, 2014, I electronically filed the above document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                          Respectfully submitted,

                          **FRASER TREBILCOCK**

Dated: February 13, 2014         By: /s/ Max R. Hoffman, Jr.
                                             Max R. Hoffman, Jr. (P23199)
                                             Attorneys for Defendants Scott P. Zack, D.C.,
                                             David M. Katz, D.C. and Cory J. Mann
                                           124 W. Allegan, Suite 1000
                                           Lansing, Michigan 48933
                                           517-482-5800
                                           mhoffman@fraserlawfirm.com