UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>UNIVERSAL HEALTH GROUP, INC. d/b/a SAGINAW SPINE AND PAIN, MICHIGAN SPINE AND REHAB, ASSOCIATED MEDICAL, INC., ASSOCIATED CHIROPRACTIC & MEDICAL CENTER, and REHAB, INC., et al.,<br><br>　　　　　　　　Defendants. | C.A. No. 2:13-cv-15108-VAR-MKM |

## STIPULATION TO SET ASIDE ENTRY OF DEFAULT

It is hereby stipulated and agreed by and between plaintiffs Allstate Insurance Company and its affiliates and defendant Greater Michigan Professional Services, LLC d/b/a MI Pro Consultants, by and through their undersigned counsel, that the Clerk's Entry of Default against Greater Michigan Professional Services, LLC d/b/a MI Pro Consultants (*Docket No. 37*) be set aside.  The parties further stipulate that Greater Michigan Professional Services, LLC d/b/a MI Pro Consultants's response to the Complaint shall be due on or before April 14, 2014.

[SIGNATURE PAGE FOLLOWS]

STIPULATED AND AGREED TO THIS 20th DAY OF FEBRUARY, 2014.

| | |
|---|---|
| Respectfully Submitted,<br><br>*Allstate Insurance Company, Allstate Indemnity Company, and Allstate Property & Casualty Insurance Company,*<br><br>By their Attorneys,<br><br><br>*/s/ Jacquelyn A. McEttrick*<br>_____<br>Richard D. King, Jr.<br>Nathan A. Tilden (P76969)<br>Jacquelyn A. McEttrick<br>SMITH & BRINK, P.C.<br>350 Granite St.<br>Suite 2303<br>Braintree, MA 02184<br>(617) 770-2214 | *Greater Michigan Professional Services, LLC d/b/a MI Pro Consultants,*<br><br><br><br>By its Attorney,<br><br><br>*/s/ David Fink*<br>_____<br>David Fink (P28235)<br>FINK + ASSOCIATES LAW<br>100 West Long Lake Road<br>Suite 111<br>Bloomfield Hills, MI 48304<br>(248) 971-2500 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY, et al.,

              Plaintiffs,

v.

UNIVERSAL HEALTH GROUP, INC. d/b/a
SAGINAW SPINE AND PAIN, MICHIGAN
SPINE AND REHAB, ASSOCIATED MEDICAL,
INC., ASSOCIATED CHIROPRACTIC &
MEDICAL CENTER, and REHAB, INC., et al.,

              Defendants.

C.A. No. 2:13-cv-15108-VAR-MKM

## ORDER ALLOWING STIPULATION TO SET ASIDE ENTRY OF DEFAULT

This matter having come before the Court upon Stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the Clerk's Entry of Default against defendant Greater Michigan Professional Services, LLC d/b/a MI Pro Consultants (*Docket No. 37*) is hereby vacated and that Greater Michigan Professional Services, LLC d/b/a MI Pro Consultants shall file a response to the Complaint on or before April 14, 2014.

Date: February 20, 2014

S/Victoria A. Roberts
Victoria A. Roberts
United States District Court Judge