UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY;
ALLSTATE INDEMNITY COMPANY;
and ALLSTATE PROPERTY &
CASUALTY INSURANCE COMPANY,

     Plaintiff,

v.

UNIVERSAL HEALTH GROUP, INC.
d/b/a SAGINAW SPINE AND PAIN,
MICHIGAN SPINE AND REHAB,
ASSOCIATED MEDICAL, INC.,
ASSOCIATED CHIROPRACTIC &
MEDICAL CENTER, and REHAB, INC.;
PROFESSIONAL HEALTH SYSTEMS,
LLC; HEALTH SYSTEMS, INC.;
UNITED WELLNESS CENTERS, INC.;
UNITED WELLNESS CENTER OF
DETROIT, PLLC; UNITED WELLNESS
CENTER OF FLINT, PLLC; UNITED
WELLNESS CENTER OF LANSING,
PLLC; CLEAR IMAGING LLC;
HORIZON IMAGING LLC;
ASSOCIATED SURGICAL CENTER,
P.C.; AMERICAN SURGICAL CENTERS
I, INC.; AMERICAN SURGICAL
CENTERS II, LLC; WCIS MEDIA, LLC;
UHG MANAGEMENT, LLC; UNITED
WELLNESS CENTERS MANAGEMENT,
LLC; GREATER MICHIGAN
PROFESSIONAL SERVICES LLC d/b/a
MI PRO CONSULTANTS; SCOTT P.
ZACK, D.C.; DAVID M. KATZ, D.C.;
CORY J. MANN; YISROEL SIGLER;
EVAN P. SHAW; RON WALTZ; MAZIN
K. YALDO, M.D.; SILVO J. COZZETTO,

Civil Action No. 2:13-cv-15108
Hon. Victoria A. Roberts

D.C.; VINCENT L. CELENTANO; JOSEPH F. DESANTO; NICOLE F. MARTINEZ; ANTHONY F. SERENO; LOREN C. CHUDLER, D.O.; JEFF S. PIERCE, D.O.; CHINTAN DESAI, M.D.; and MICHAEL PALEY, M.D.,

       Defendants.

_____/

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO CROSS-DEFENDANT CHINTAN DESAI, M.D.

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by cross-plaintiffs Mazin K. Yaldo, M.D., and Associated Surgical Center, P.C. that their Cross-Complaint as against Chintan Desai, M.D. only, is dismissed without prejudice and without costs, interest or attorney fees to any party.

BUTZEL LONG, a professional corporation

By:/s/ Michael J. Lavoie
    Michael J. Lavoie (P32584)
150 W. Jefferson Ave., Suite 100
Detroit, Michigan 48226
(313) 225-7000
*Attorneys for Chintan Desai, M.D.*

Dated: May 7, 2014

YALDO LAW, PLLC

By:/s/ Scott S. Yaldo
    Scott S. Yaldo (P51245)
500 S. Old Woodward
Birmingham, Michigan 48009
(248) 645-5300
*Attorneys for Mazin K. Yaldo, M.D. and Associated Surgical Center*

Dated: May 7, 2014

1465506.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY;
ALLSTATE INDEMNITY COMPANY;
and ALLSTATE PROPERTY &
CASUALTY INSURANCE COMPANY,

   Plaintiff,

v.

UNIVERSAL HEALTH GROUP, INC.
d/b/a SAGINAW SPINE AND PAIN,
MICHIGAN SPINE AND REHAB,
ASSOCIATED MEDICAL, INC.,
ASSOCIATED CHIROPRACTIC &
MEDICAL CENTER, and REHAB, INC.;
PROFESSIONAL HEALTH SYSTEMS,
LLC; HEALTH SYSTEMS, INC.;
UNITED WELLNESS CENTERS, INC.;
UNITED WELLNESS CENTER OF
DETROIT, PLLC; UNITED WELLNESS
CENTER OF FLINT, PLLC; UNITED
WELLNESS CENTER OF LANSING,
PLLC; CLEAR IMAGING LLC;
HORIZON IMAGING LLC;
ASSOCIATED SURGICAL CENTER,
P.C.; AMERICAN SURGICAL CENTERS
I, INC.; AMERICAN SURGICAL
CENTERS II, LLC; WCIS MEDIA, LLC;
UHG MANAGEMENT, LLC; UNITED
WELLNESS CENTERS MANAGEMENT,
LLC; GREATER MICHIGAN
PROFESSIONAL SERVICES LLC d/b/a
MI PRO CONSULTANTS; SCOTT P.
ZACK, D.C.; DAVID M. KATZ, D.C.;
CORY J. MANN; YISROEL SIGLER;
EVAN P. SHAW; RON WALTZ; MAZIN

Civil Action No. 2:13-cv-15108
Hon. Victoria A. Roberts

K. YALDO, M.D.; SILVO J. COZZETTO,
D.C.;   VINCENT   L.   CELENTANO;
JOSEPH   F.   DESANTO;   NICOLE   F.
MARTINEZ;   ANTHONY   F.   SERENO;
LOREN  C.  CHUDLER,  D.O.;  JEFF  S.
PIERCE,  D.O.;  CHINTAN  DESAI,  M.D.;
and MICHAEL PALEY, M.D.,

     Defendants.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO <u>CROSS-DEFENDANT CHINTAN DESAI, M.D.</u>

This matter is brought before the Court upon the Stipulation of the parties and the Court is otherwise duly informed in the premises:

IT IS HEREBY ORDERED that the Cross-Complaint filed by cross-plaintiffs Mazin K. Yaldo, M.D., and Associated Surgical Center, P.C. is dismissed without prejudice as against Chintan Desai, M.D. only, and without costs, interest or attorney fees to any party.

                                <u>S/Victoria A. Roberts</u>
                                VICTORIA A ROBERTS
                                UNITED STATES DISTRICT JUDGE

                                Dated: 5/12/2014